ORIGINAL

DAVID C. MARCUS (158704)
DAVID H. OROZCO (220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-1606
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

STEPHEN D. SUSMAN *(Admitted Pro Hac Vice)*
JOSEPH S. GRINSTEIN *(Admitted Pro Hac Vice)*
JASON P. FULTON *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff
Applied Medical Resources Corp.

FILED
2005 AUG -1 PM 3:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., a New Jersey Corporation, ETHICON ENDO-SURGERY, INC., an Ohio Corporation, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a New Jersey Corporation,<br><br>Defendants. | CASE NO. SACV 03-1329 JVS (MLGx)<br><br>**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 24, 2005<br>Time: 3:00 p.m.<br>Place: Courtroom of the Hon. James V. Selna |

DOCKETED ON CM
AUG - 2 2005
BY ___ 024

140

**PLEASE TAKE NOTICE** that Applied Medical Resources Corp., a California Corporation lodges herewith certified transcripts of the depositions of the following individuals taken in the above-captioned action:

1. Valerie Asbury, taken on December 16, 2004;
2. Maurice Binion, taken on December 1 and 2, 2004;
3. Richard Blackburn, taken on February 28, 2005;
4. Terry Lynn Buford, taken on February 17, 2005;
5. Collette Carlson, taken on February 18, 2005;
6. Scott Cassidy, taken on December 10, 2004;
7. Linden F. Cheema, taken on August 24, 2005;
8. Steve Cohen, taken on August 25, 2004;
9. Carla Combs, taken on December 17, 2004;
10. Marit Davies, taken on January 18, 2005;
11. Kathleen Deming, taken on January 19, 2005;
12. Michael Edeburn, taken on February 15, 2005;
13. Michael Edeburn, taken on May 5, 2004;
14. Michael Edeburn, taken on December 16, 2004;
15. Michael Edeburn, taken on December 17, 2004;
16. Mark Steven Faucett, taken on February 21, 2005;
17. Tawni Fernandes, taken on August 27, 2004;
18. Michael Galvin, taken on February 25, 2005;
19. Mike Gower, taken on April 11, 2005;
20. Sunhee Han, taken on December 2, 2004;
21. Carol A. Hankins, taken on March 1, 2005;
22. Josh Hart, taken on February 17, 2005;
23. James Heisler, taken on March 10, 2005;
24. Said S. Hilal, taken on January 17, 2005;

25. Nabil Hilal, taken on November 9, 2004;
26. Cornelia Sue Hill, taken on February 22, 2005;
27. Sandra Hinds, taken on February 10, 2005;
28. David H. Hogan, taken on March 1, 2005;
29. Monica Hum, M.D., taken on February 24, 2005;
30. Mary Jo Stegwell, taken on November 12, 2004
31. James Bryon Jordan, taken on April 5, 2005;
32. Gary Kimm, taken on November 16, 2004;
33. Todd Kinser, taken December 10, 2004;
34. Merle Knoll, taken on February 18, 2005;
35. Gary Mavrakis, taken on April 7, 2005;
36. Dwight W. Mayhugh, taken on March 17, 2005;
37. Mark Miriani, taken on March 17, 2005;
38. Colonel John M. Modell, taken January 19, 2005;
39. Paula Morgan, taken on August 22, 2005;
40. John Morton, taken on January 19, 2005;
41. Sandra Navarroli, taken on January 10, 2005;
42. Pam Nelson, taken on December 3, 2004;
43. James C. Olsen, taken on March 16, 2005;
44. Susan S. Phillips, RN, taken on February 28, 2005;
45. Robert Reifert, taken on March 1, 2005;
46. Robert Salerno, taken on February 10, 2005;
47. Benjamin Schnell, taken on February 25, 2005;
48. Pat Schow, taken on March 11, 2005;
49. Craig Shoukimas, taken on January 10, 2005;
50. Michael Silber, taken on February 25, 2005;
51. Stephen Smith, taken on February 22, 2005;

52. Matt Sokany, taken on December15, 2005;
53. Carol Soltes, taken on February 22, 2005;
54. Jim Speer, taken on February 19, 2005;
55. Lee Taylor, taken on April 13, 2005;
56. Kathleen J. Tetzler, taken on February 25, 2005;
57. Don Allen Thrasher, taken on February 2, 2005;
58. Elizabeth Walters, November 4, 2004;
59. Regina Wilson, taken on March 9, 2005;
60. Lisa Withers, taken on March 4, 2005;
61. Marie Wolfer, taken on November 4, 2004;
62. Carson Wong, taken on February 18, 2005;
63. Nancy Yomtov, taken on December 7, 2004.

DATED: August 1, 2005

DAVID C. MARCUS
DAVID H. OROZCO
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
JOSEPH S. GRINSTEIN
JASON P. FULTON
SUSMAN GODFREY L.L.P.

By ______________________
David H. Orozco
Attorneys for Plaintiff
Applied Medical Resources Corp.