FILED

2006 MAY 12 PM 3:49

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

BY

DAVID C. MARCUS (158704)
DAVID H. OROZCO (220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

STEPHEN D. SUSMAN *(Admitted Pro Hac Vice)*
JOSEPH S. GRINSTEIN *(Admitted Pro Hac Vice)*
JASON P. FULTON *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff Applied Medical Resources Corp.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

BY FAX

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., a New Jersey Corporation, ETHICON ENDO-SURGERY, INC., an Ohio Corporation, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a New Jersey Corporation,<br><br>Defendants. | Case No. SACV 03-1329 JVS (MLGx)<br><br>**PLAINTIFF'S TRIAL WITNESS LIST**<br><br>Trial Date: July 18, 2006<br>TIME: 8:30 a.m.<br>PLACE: Courtroom of the Hon. James V. Selna |

DOCKETED ON CM
MAY 16 2006
BY 07

163

Plaintiff Applied Medical Resources Corp. sets forth below the names and addresses of the persons whom it may call as witnesses to testify at the trial of the above-captioned action.

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Val Asbury* | Ethicon Endo-Surgery | Fact |
| Maurice Binion* | Ethicon Inc. | Fact |
| Linda Cheema* | Seton Medical Center | Fact |
| Steven Cohen* | JJHCS | Fact |
| Neal Collom | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Colleen Corbitt | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| John Donohue | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Einer Elhauge | Harvard Law School<br>1575 Massachusetts Avenue<br>Cambridge, MA 02138 | Expert Opinion |
| Michael Edeburn* | Ethicon Endo-Surgery | Fact |
| Mark Faucett | 1256 Bluff Drive<br>Slidell, Louisiana 70461<br>(985) 707-3903 | Fact |
| Tawni Fernandes* | Ethicon Endo-Surgery | Fact |
| Michael Galvin* | Baptist Physician's Surgery Center<br>Lexington, Kentucky<br>(859) 260-7006 | Fact |
| William Glaser* | Ethicon Endo-Surgery | Fact |
| Dennis Grosshans | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Josh Hart* | Clark Regional Medical Center<br>Winchester, Kentucky<br>(859) 745-3421 | Fact |

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Dr. Paul Hansen | 1040 N.W. 22nd Avenue<br>Suite 560<br>Portland, Oregon 97210 | Expert Opinion |
| Larry C. Heaton | 1142 Germano Way<br>Pleasanton, CA 94566 | Fact |
| Jim Heisler* | Harris Interactive<br>8 Stone Mountain Court<br>Montgomery, NJ | Fact |
| Nabil Hilal | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Said Hilal | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Sandy Hinds* | Ethicon Endo-Surgery | Fact |
| David Hogan* | Ethicon Endo-Surgery | Fact |
| Dr. Monica Hum* | Piedmont Hospital<br>Atlanta, GA<br>(404) 605-5000 | Fact |
| Jim Jordan* | Kaiser Fontana<br>Fontana, CA | Fact |
| Gary Johnson | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Merle Knoll* | University of California<br>Irvine Medical Center<br>Irvine, California | Fact |
| Jeffrey Leitzinger | EconOne<br>601 West Fifth Street<br>Suite 500<br>Los Angeles, CA 90071 | Expert Opinion |
| Dwight Mayhugh* | St. Luke's Health System<br>Kansas City, MO<br>(816) 932-6144 | Fact |
| Mark Mirani* | MedAssets, Inc. | Fact |
| Paula Morgan* | Meridan Surgery Center<br>Meridan, MS<br>(601) 485-4443 | Fact |
| John Morton* | Ethicon | Fact |

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Pamela Nelson | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Tim Noffz | 462 Deerfield Drive<br>Laurens, SC 29360<br>(864) 871-1970 | Fact |
| Michael O'Brien | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Steve Parry | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Robert Reifert* | Mease Hospital<br>Safety Harbor, Florida | Fact |
| Robert Salerno* | Ethicon Endo-Surgery | Fact |
| Darren Sax | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Ben Schnell* | Piedmont Hospital<br>Atlanta, GA<br>(404) 605-5000 | Fact |
| Pat Schow* | Kaiser Foundation Health Plan | Fact |
| Michael Silber* | McKinsey & Co.<br>55 East 52nd Street<br>NY, NY 10022 | |
| Steve Smith* | Monongahela Valley Hospital<br>Monongahela, PA<br>(724) 258-1000 | Fact |
| Tim Smith | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Carol Soltes* | Monongahela Valley Hospital<br>Monongahela, PA<br>(724) 258-1000 | Fact |
| Jim Speer* | Legacy Emanuel Hospital<br>2801 North Gantenbein<br>Portland, Oregon | Fact |
| Ted Stanley | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Dr. Lee Swanstrom | Legacy Health System<br>Portland, Oregon | Fact |
| Lee Taylor* | Novation | Fact |
| Kate Tetzler* | Premier, Inc.<br>Lake Wiley, SC | Fact |
| Don Thrasher* | JJHCS | Fact |
| Susan Waters* | McKinsey & Co. | Fact |
| Frank Williams | ConMed Corporation<br>Utica, New York | Fact |
| Gordon Williams | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Regina Wilson* | University of Chicago Hospital<br>Chicago, IL<br>(773) 702-1000 | Fact |
| Dr. Carson Wong* | Dep't of Urology<br>Oklahoma University Health Sciences Center | Fact |
| Nancy Yomtov* | Ethicon Inc. | Fact |
| Dr. Robert Zane | Kaiser Permanente<br>25825 South Vermont<br>Harbor City, CA 90710 | Fact |

* denotes witnesses Applied is likely to call by deposition.

Applied reserves the right to call defendants' witnesses at trial.

DATED: May 12, 2006

DAVID C. MARCUS
DAVID H. OROZCO
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
JOSEPH S. GRINSTEIN
JASON P. FULTON
SUSMAN GODFREY L.L.P.

By ______________________
David H. Orozco
Attorneys for Plaintiff
Applied Medical Resources Corp.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On May 12, 2006, I served the foregoing document(s) described as follows:

**PLAINTIFF'S TRIAL WITNESS LIST**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

XX BY FEDERAL EXPRESS OR OVERNIGHT COURIER

____ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

XX BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail.

Executed on May 12, 2006, at Los Angeles, California

XX (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Helen Danielson
(Type or Print Name)

Helen Danielson
(Signature)

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFF**

David C. Marcus
David H. Orozco
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen D. Susman
Joseph S. Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jason P. Fulton
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

**ATTORNEYS FOR DEFENDANTS**

John W. Treece
David C. Giardina
SIDLEY AUSTIN LLP
10 S. Dearborn Street, 48th Floor
Chicago, Illinois 60603
Telephone: (312) 853-2937
Facsimile: (312) 853-7036

Thomas P. Hanrahan
Michelle B. Goodman
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

James W. Quinn
Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

**Attorneys for Defendants Ethicon, Inc.,Ethicon Endo-Surgery, Inc., and Johnson & Johnson Health Care Systems, Inc.**