Thomas Hanrahan (SBN 110609)
(thanrahan@sidley.com)
Michelle B. Goodman (SBN 218607)
(mgoodman@sidley.com)
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Additional counsel listed on signature page*

Attorneys for Defendants ETHICON, INC., ETHICON ENDO-SURGERY, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., a New Jersey Corporation, ETHICON ENDO-SURGERY, INC., an Ohio Corporation, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.<br><br>Defendants. | Case No.: SACV 03-1329 JVS (MLGx)<br><br>**DEFENDANTS' TRIAL WITNESS LIST**<br><br>Trial Date: July 18, 2006<br>Time: 8:00 a.m.<br>Place: Courtroom of the Hon. James V. Selna |

Defendants Ethicon, Inc., Ethicon Endo-Surgery, Inc., and Johnson & Johnson Health Care Systems, Inc. (collectively "Defendants") set forth below the names of the persons they may call as witnesses to testify at trial of the above-captioned matter.

DOCKETED ON CM
SEP 29 2006
BY 074

359

| Name | Party/Third-Party Affiliation | Type of Testimony |
|---|---|---|
| Asbury, Val | Ethicon Endo-Surgery, Inc. ("EES") | Fact |
| Barrett, Trisha* 8/15/06 | UCSF Medical Center Video Depo | Fact |
| Biles, Sandra* 8/17/06 | Piedmont Fayette Hospital | Fact |
| Binion, Maurice | Ethicon, Inc. ("EI") | Fact |
| Bridges, Robert | EES | Fact |
| Bowsher, Kathryn | c/o Sidley Austin LLP | Expert |
| Buford, Terry Lynn* | Scripps Memorial Hospital | Fact |
| Carey, Michael* | U. of Chicago Hospital | Fact |
| Carlson, Colette* | Medcenter One | Fact |
| Carlson, John | EES | Fact |
| Carvallo, Steven | EES | Fact |
| Casciolla, Scott | EES | Fact |
| Cohen, Steven | Johnson & Johnson Health Care Systems, Inc. | Fact |
| Collom, Neal* | Applied Medical Resources | Fact |
| Conklin, Sharon 8/15/06 | c/o Sidley Austin LLP | Expert/Fact |
| Davies, Marit* | Winchester Hospital | Fact |
| Deming, Kathleen* 8/17/06 | Memorial Hospital – Colorado Springs by Video Depo | Fact |
| Diguid, Tony* 8/15/06 | Baptish Health System Via Video Depo | Fact |
| Donato, William 8/11/06 | EI | Fact |
| Dougan, Moira* 8/15/06 Via Video Depo | Long Island Jewish Medical Center | Fact |
| Duncan, Linda* | Regional Medical Center | Fact |
| Edeburn, Michael | EES | Fact |
| Edmonds, Jack | c/o Sidley Austin LLP | Fact |
| Fernandes, Tawni | EES | Fact |
| Frame, Sr. Ray* 8/17/06 | Applied Medical Resources by Video Depo | Fact |
| Frampton, Bruce* 8/15/06 | Good Samaritan Hospital Video Depo | Fact |
| Glaser, William | EES | Fact |
| Gower, Michael | EI | Fact |
| Hargrove, John T. 8/10/06 | c/o Sidley Austin LLP 8/15/06 | Fact |
| Hill, Cornelia Sue* | Baylor Medical Center | Fact |

| Name | Party/Third-Party Affiliation | Type of Testimony |
|---|---|---|
| Hinds, Sandra | EES | Fact |
| Hogan, David | EES | Fact |
| Hughes, Jonah 8/10/06 | c/o Sidley Austin LLP | Fact |
| Hughes, Thomas | c/o Sidley Austin LLP | Expert/Fact |
| Jeulis, Nancy* 8/15/06 | Valley Hospital Video Depo | Fact |
| Katten, Allen* 8/17/06 | Hartford Hospital by Depo | Fact |
| Kimm, Gary | EES | Fact |
| Knoll, Merle* | UC-Irvine Medical Center | Fact |
| Lemond, Jennifer | Johnson & Johnson | Fact |
| Licitra, Karen 8/10/06 | EES | Fact |
| Lyman, Frank 8/10/06 | EES → 8/11/06 | Fact |
| Mather, Michael | EES | Fact |
| Mavrakis, Gary* | Sutter Health | Fact |
| Mays, Sherry* 8/17/06 | Baptist Regional Medical Center | by depo Fact |
| McCarus, MD Steven | c/o Sidley Austin LLP | Fact |
| Modell, John* | Brooke Army Hospital | Fact |
| Morton, John | EES | Fact |
| Murphy, Kevin 8/16/06 | c/o Sidley Austin LLP → 8/17/06 | Expert |
| O'Brien, Michael* | Applied Medical Resources | Fact |
| Olsen, James* | Carolinas Health | Fact |
| Oxford, Scott | EES | Fact |
| Parrish, Maurice* | Cedars-Sinai Hospital | Fact |
| Patterson, Kathleen* | Baystate Medical Center | Fact |
| Peachey, Gary | c/o Sidley Austin LLP | Fact |
| Peters, MD Jeffrey 8/16/06 | c/o Sidley Austin LLP | Expert/Fact |
| Salerno, Robert | EES | Fact |
| Sax, Darren* | Applied Medical Resources | Fact |
| Shoukimas, Craig* 8/17/06 | Exeter Hospital by video Depo | Fact |
| Sokany, Matt | c/o Sidley Austin LLP | Fact |
| Speer, James* | Legacy Emanuel Hospital | Fact |
| Stanley, Ted* | Applied Medical Resources | Fact |
| Stegwell, Mary Jo* | Applied Medical Resources | Fact |
| Thrasher, Donald | JJHCS | Fact |
| Topel, Robert 8/18/06 | c/o Sidley Austin LLP | Expert |

| Name | Party/Third-Party Affiliation | Type of Testimony |
|---|---|---|
| Warren, Eric* | Springfield Hospital | Fact |
| Warren, Steven | EI | Fact |
| Wetter, MD Paul* | Society of Laparoscopic Surgeons | Fact |
| Wilson, Mark | EES | Fact |
| Yatso, George* | Ephraim McDowell Hospital | Fact |
| Yomtov, Nancy | EI | Fact |

*Likely by deposition; portions may be contingent upon denial of certain motions *in limine*.

Defendants also reserve the right to call witnesses on Plaintiff's Trial Witness List.

Dated: May 26, 2006

SIDLEY AUSTIN LLP
WEIL GOTSHAL & MANGES LLP

By: [signature]

Thomas P. Hanrahan (SBN 110609)
Michelle B. Goodman (SBN 218607)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

John W. Treece (admitted *pro hac vice*)
David M. Schiffman (Of Counsel)
David C. Giardina (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

James W. Quinn (admitted *pro hac vice*)
Scott A. Martin (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Kathryn A. Meisel (admitted *pro hac vice)*
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7001
Telephone: (732) 524-2791
Facsimile: (732) 524-2788

*Attorneys For Defendants*