DAVID C. MARCUS (158704)
DAVID H. OROZCO (220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

STEPHEN D. SUSMAN *(Admitted Pro Hac Vice)*
JOSEPH S. GRINSTEIN *(Admitted Pro Hac Vice)*
JASON P. FULTON *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff Applied Medical Resources Corp.

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| APPLIED MEDICAL RESOURCES CORP., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>ETHICON, INC., a New Jersey Corporation, ETHICON ENDO-SURGERY, INC., an Ohio Corporation, and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a New Jersey Corporation,<br><br>Defendants. | Case No. SACV 03-1329 JVS (MLGx)<br><br>**PLAINTIFF'S TRIAL WITNESS LIST**<br><br>Trial Date: July 18, 2006<br>TIME: 8:30 a.m.<br>PLACE: Courtroom of the Hon. James V. Selna |

DOCKETED ON CM
SEP 29 2006
BY 074



360

Plaintiff Applied Medical Resources Corp. sets forth below the names and addresses of the persons whom it may call as witnesses to testify at the trial of the above-captioned action.

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Val Asbury* | Ethicon Endo-Surgery | Fact |
| Maurice Binion* | Ethicon Inc. | Fact |
| Linda Cheema* 7-21-06 by deposition | Seton Medical Center | Fact |
| Steven Cohen* | JJHCS | Fact |
| Neal Collom ~~7-26-06~~ 7-27-06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Colleen Corbitt 7-26-06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| John Donohue 7-25-06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Einer Elhauge 7-27-06 7-28-06 8-22-06 | Harvard Law School<br>1575 Massachusetts Avenue<br>Cambridge, MA 02138 | Expert Opinion |
| Michael Edeburn* 8-3-06 → 8/4/06 | Ethicon Endo-Surgery | Fact |
| Mark Faucett 7-25-06 | 1256 Bluff Drive<br>Slidell, Louisiana 70461<br>(985) 707-3903 | Fact |
| Tawni Fernandes* | Ethicon Endo-Surgery | Fact |
| Michael Galvin* 7/21/06 via deposition | Baptist Physician's Surgery Center<br>Lexington, Kentucky<br>(859) 260-7006 | Fact |
| William Glaser* | Ethicon Endo-Surgery | Fact |
| Dennis Grosshans | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Josh Hart* 7-20-06 via deposition | Clark Regional Medical Center<br>Winchester, Kentucky<br>(859) 745-3421 | Fact |

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Dr. Paul Hansen 7-21-06 | 1040 N.W. 22nd Avenue<br>Suite 560<br>Portland, Oregon 97210 | Expert Opinion |
| Larry C. Heaton 7-26-06 | 1142 Germano Way<br>Pleasanton, CA 94566 | Fact |
| Jim Heisler* | Harris Interactive<br>8 Stone Mountain Court<br>Montgomery, NJ | Fact |
| Nabil Hilal<br>by video Depo 8/17/06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Said Hilal 7/20/06<br>7/19/06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Sandy Hinds* | Ethicon Endo-Surgery | Fact |
| David Hogan* 7/28/06 via Deposition video | Ethicon Endo-Surgery | Fact |
| Dr. Monica Hum* | Piedmont Hospital<br>Atlanta, GA<br>(404) 605-5000 | Fact |
| Jim Jordan* | Kaiser Fontana<br>Fontana, CA | Fact |
| Gary Johnson 8/1/06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Merle Knoll* | University of California<br>Irvine Medical Center<br>Irvine, California | Fact |
| Jeffrey Leitzinger<br>8/2/06 | EconOne<br>601 West Fifth Street<br>Suite 500<br>Los Angeles, CA 90071 | Expert Opinion |
| Dwight Mayhugh* 7-21-06<br>Via deposition video | St. Luke's Health System<br>Kansas City, MO<br>(816) 932-6144 | Fact |
| Mark Mirani* | MedAssets, Inc. | Fact |
| Paula Morgan* | Meridan Surgery Center<br>Meridan, MS<br>(601) 485-4443 | Fact |
| John Morton* 7-27-06 | Ethicon | Fact |

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Pamela Nelson | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Tim Noffz 7-25-06 | 462 Deerfield Drive<br>Laurens, SC 29360<br>(864) 871-1970 | Fact |
| Michael O'Brien | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Steve Parry 7-20-06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Robert Reifert* 8-2-06 | Mease Hospital<br>Safety Harbor, Florida by video deposition | Fact |
| Robert Salerno* 7-25-06 by video Deposition | Ethicon Endo-Surgery | Fact |
| Darren Sax 7-28-06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Ben Schnell* 7-25-06 by Video Deposition | Piedmont Hospital<br>Atlanta, GA<br>(404) 605-5000 | Fact |
| Pat Schow* | Kaiser Foundation Health Plan | Fact |
| Michael Silber* | McKinsey & Co.<br>55 East 52nd Street<br>NY, NY 10022 | |
| Steve Smith* 7-26-06 by Video Deposition | Monongahela Valley Hospital<br>Monongahela, PA<br>(724) 258-1000 | Fact |
| Tim Smith | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Carol Soltes* 7-26-06 by Video Deposition | Monongahela Valley Hospital<br>Monongahela, PA<br>(724) 258-1000 | Fact |
| Jim Speer* | Legacy Emanuel Hospital<br>2801 North Gantenbein<br>Portland, Oregon | Fact |
| Ted Stanley | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |

| Name | Address/Telephone Number | Testimony |
|---|---|---|
| Dr. Lee Swanstrom | Legacy Health System<br>Portland, Oregon | Fact |
| Lee Taylor* 8-10-06 by Video Deposition | Novation | Fact |
| Kate Tetzler* 8-10-06 by Video Deposition | Premier, Inc.<br>Lake Wiley, SC | Fact |
| Don Thrasher* | JJHCS | Fact |
| Susan Waters* | McKinsey & Co. | Fact |
| Frank Williams 8-1-06 | ConMed Corporation<br>Utica, New York | Fact |
| Gordon Williams 7-21-06 | Applied Medical<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Fact |
| Regina Wilson* | University of Chicago Hospital<br>Chicago, IL<br>(773) 702-1000 | Fact |
| Dr. Carson Wong* 8-10-06 by Video Deposition | Dep't of Urology<br>Oklahoma University Health<br>Sciences Center | Fact |
| Nancy Yomtov* | Ethicon Inc. | Fact |
| Dr. Robert Zane | Kaiser Permanente<br>25825 South Vermont<br>Harbor City, CA 90710 | Fact |

* denotes witnesses Applied is likely to call by deposition.

Applied reserves the right to call defendants' witnesses at trial.

DATED: May 12, 2006

DAVID C. MARCUS
DAVID H. OROZCO
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
JOSEPH S. GRINSTEIN
JASON P. FULTON
SUSMAN GODFREY L.L.P.

By [signature]
David H. Orozco
Attorneys for Plaintiff
Applied Medical Resources Corp.